NO. 28792

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

WILLIAM RONALD DOLAN, CPA, Special Administrator for the
Estate of ROSALINDA ITURRALDE and MIGUEL FUNES ITURRALDE, aka
MIKE I. FUNES, Successor Personal Representative for the Estate
of ARTURO C. ITURRALDE, Plaintiffs-Appellants, Cross-Appellees,
v. HILO MEDICAL CENTER, a Hawai'i Non-Profit Corporation,
HAWAI'I HEALTH SYSTEMS CORPORATION, a Public Benefit Corporation,
STATE OF HAWAI'I, Defendants-Appellees, Cross-Appellants and
MEDTRONIC SOFAMOR DANEK, USA, a Tennessee Corporation
Licensed to do Business in Hawai'i, and
ROBERT RICKETSON, M.D., Defendants-Appellees

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CIVIL NO. 03-1-0017 (HILO))

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Nakamura, Chief Judge, Fujise and Leonard, JJ.)

Upon consideration of Defendant-Appellee Medtronic
Sofamor Danek, USA, Inc.'s April 9, 2012 Motion for
Reconsideration of the Intermediate Court of Appeals' Opinion
filed on March 30, 2012, and the records and files in this case,

IT IS HEREBY ORDERED that the motion is denied.

DATED:   Honolulu, Hawai'i, April 12, 2012.

On the motion:

Edmund Burke
John Reyes-Burke
David Y. Suzuki
(BURKE McPHEETERS BORDNER &
   ESTES)
        and
Murray Levin
(PEPPER HAMILTON LLP)
for Defendant-Appellee
MEDTRONIC SOFAMOR DANEK USA,
INC.

Chief Judge

Associate Judge

Associate Judge